David Olan, State Bar No. 144634
  *david@olanlaw.com*
Philippe Gaudard, State Bar No. 331744
  *philippe@olanlaw.com*
OLAN LAW CORP.
212 Marine St., Suite 302
Santa Monica, CA 90405

Douglas Gansler (*pro hac vice* application forthcoming)
  *douglas.gansler@cwt.com*
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001

Jonathan M. Watkins (*pro hac vice* application forthcoming)
  *jonathan.watkins@cwt.com*
Aaron C. Lang (*pro hac vice* application forthcoming)
  *aaron.lang@cwt.com*
CADWALADER, WICKERSHAM & TAFT, LLP
227 West Trade Street
Charlotte, NC 28202

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TAX RELIEF, INC., | Case No.  2:20-cv-10090 |
| Plaintiff, | **COMPLAINT FOR VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO) ACT, THE LANHAM ACT, AND VARIOUS STATE LAWS** |
| v. | |
| TERRANCE SELB, TYLER BENNETT, GEOFF PLOURDE, AMERICAN TAX SOLUTIONS, INC., GETATAXLAWYER.COM, LLC, BEN GRAUPNER, BEN GRAUPNER INC., DON BARNES, and LEGAL TAX DEFENSE, INC., | **JURY TRIAL DEMANDED** |
| | Date filed:  11/3/2020 |
| Defendants. | |

Plaintiff Tax Relief, Inc. d/b/a National Tax Experts ("National") brings this action against Defendants Terrance Selb ("Selb"), Tyler Bennett ("Bennett"), Geoff Plourde ("Plourde"), American Tax Solutions, Inc. ("ATS"), GetATaxLawyer.com, LLC ("GATL" and collectively with ATS, Selb, Bennett, and Plourde the "ATS RICO Defendants"), Ben Graupner ("Graupner"), Ben Graupner Inc. d/b/a Tax Debt Group ("TDG"), Dondamonde Barnes ("Barnes"), and Legal Tax Defense, Inc. ("LTD") for:   (1) violations of the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1962 *et seq*. ("RICO") (Count I); (2) violations of the Lanham Act, 15 U.S.C. § 1125(a) (Count II); (3) unfair and deceptive trade practices (Count III); (4) tortious interference with contract (Count IV); and (5) misappropriation of trade secrets (Count V).  In support of its RICO and other claims, Plaintiff alleges[1] as follows:

## INTRODUCTION

1.     Defendants are engaged in a wide-ranging fraud and RICO conspiracy, orchestrated by Selb, that is designed not only to prey on those who owe back taxes by impersonating the government, but also to damage National's business as much as possible.

2.     Selb, a disbarred attorney, used to work as a consultant for National, a California-based business that helps taxpayers resolve their tax debts with the government.   National terminated Selb in March 2018 for, among other things, stealing from National and advising a client to engage in tax fraud.  Several months later, he launched a competing business, despite his severance agreement prohibiting him from doing so.  And instead of competing with National legitimately, Selb chose shortcuts and fraud.

---

[1] The allegations herein are based primarily on documents and information from consumers and former ATS and GATL employees.  Certain allegations are made on information and belief, as noted in the text.

3.      Shortly after his departure from National, Selb procured National's lists of customers and prospects—which are the fruit of proprietary techniques National has refined over time. He, Plourde, and Bennett then devised a scheme to steal National's customers using phony government notices.  ATS has sent thousands of letters to National's customers and prospects that are carefully designed to look just like letters from the government—down the use of fake government seals.  The official-looking letters claim that the recipients (many of whom are elderly) are about to be thrown in jail, lose their homes, lose their social security benefits, have their property seized, or be subject to other immediate actions by the government—that is, unless they call the number in the letter immediately.

**Fig. 1:  Excerpt of Letter Sent to Maryland Customer by ATS**



4.      Needless to say, many of the people who receive these letters panic and call the numbers.  The phone numbers connect not to any government agency, but to ATS and its alter ego, GATL—or to TDG or LTD, two other entities that Selb has enlisted to handle the overflow of inbound calls.

5.      Selb, Bennett, Plourde, Graupner, Barnes, and others involved in the scam then convince the callers that the only way to avoid the crisis threatened in the letter is to fire National—which, they claim, must not be doing a very good job settling the tax debt—and hire ATS, GATL, TDG, or LTD.  And hiring one of those companies means paying a nonrefundable upfront fee plus recurring fees during the life of the engagement.  The ATS RICO Defendants

also lie to prospective clients about their credentials.  Selb, for example, holds himself out as a licensed attorney, even though he has been disbarred for, among other things, stealing from clients.  Bennett also claims to be a barred attorney, despite never having passed the bar exam.

6.    When customers fire National and hire one of the Defendants, they end up needlessly paying duplicative fees for work that National has already performed—and, in some cases, paying for work that is never performed.

7.    Defendants' RICO conspiracy thus harms consumers, just as it damages National's business and reputation.

## PARTIES

8.    Plaintiff National is a tax assistance firm based in Glendale, California.  National was founded in 2007, and is now one of the largest tax assistance firms in the United States.  National negotiates settlements of its clients' tax debts with the IRS and state agencies, and helps clients enroll in tax relief programs.

9.    Defendants ATS and GATL hold themselves out as tax assistance firms based in Los Angeles, California.  Both entities are run by the same people—including Selb, Bennett, and Plourde—and ATS conducts much of its business through GATL.

10.    On information and belief, Defendant Selb is an individual who resides in Los Angeles, California.  Selb is the Founder of ATS and the President of GATL.

11.    Selb is also a disbarred attorney.  By Order of the Supreme Court of Minnesota, Selb was disbarred from the practice of law on October 27, 1986 because he had: (1) diverted the proceeds of a personal-injury settlement check and made false statements to the Lawyers Professional Responsibility Board about the transactions; (2) failed to incorporate a business he was retained to incorporate and lied about having done so to the client; (3) misappropriated

$26,000 in his capacity as personal representative of the estates of a husband and wife survived by three orphans, provided erroneous accountings to the orphans, and "was otherwise neglectful and failed to account to and was disobedient of orders of the probate court"; and (4) failed to fulfill his duties as the attorney of record and special administrator of an estate, including by failing to file documents ordered by the probate court.  As discussed below, Mr. Selb's disbarment has not stopped him from holding himself out as a licensed attorney.

12.    Defendant Bennett, a former National employee, is the Chief Operating Officer of ATS and GATL.  On information and belief, Bennett resides in Los Angeles, California.

13.    Defendant Plourde, also a former National employee, is a Vice President of ATS and the Chief Financial Officer of GATL.  On information and belief, Plourde is a resident of Los Angeles, California.

14.    On information and belief, Defendant Graupner is an individual who resides in Los Angeles, California.  Graupner founded and does business through TDG.

15.    Defendant TDG holds itself out as a tax assistance firm based in Hollywood, California.

16.    On information and belief, Defendant Barnes is an individual who resides in Orange County, California.  Barnes used to work for Defendant LTD.

17.    Defendant LTD holds itself out as a tax assistance firm based in Los Angeles, California.

18.    National refers to Defendants ATS, GATL, TDG, and LTD collectively as the "Company RICO Conspirators" in this complaint.

**JURISDICTION AND VENUE**

19.   This Court has original jurisdiction under 15 U.S.C. § 1121, 18 U.S.C. § 1965, 28 U.S.C. § 1331, and 28 U.S.C. § 1338 because the case arises under RICO and the Lanham Act.

20.   This Court has supplemental jurisdiction over the state law claims asserted here under 28 U.S.C. § 1367.

21.   Venue is proper in this Court under 28 U.S.C. § 1391, given the residences of Defendants identified above.

**FACTUAL ALLEGATIONS**

**A.     Selb, Bennett, and Graupner Leave National in 2018 and Agree Not to Use Its Confidential Information.**

22.   Selb performed tax resolution services as a contractor for National for a number of years until March 2018, when he was discharged for: fabricating a bankruptcy in order to lift an IRS levy; stealing from National; and advising a client to engage in tax fraud and evasion.

23.   Bennett became a National employee in March 2018, and left in October 2018.

24.   Graupner began working for National in late 2012, initially in an administrative capacity and later as a contractor providing tax resolution services.  He left in June 2018.

25.   While working for National, Selb, Bennett, and Graupner became aware that National employs a unique method for searching public records of tax liens to identify potential customers.  For many years in the industry, National's President, Mr. Patrick Oakes, has developed combinations of search parameters, such as priority zip codes and lien amount thresholds, that yield target-rich lists of potential customers.  Mr. Oakes's method yields leads with an optimal combination of conversion rates and fee amounts.

26.     National diligently maintains the confidentiality of its proprietary lead-generation methods and its customer and prospect lists. Even within National, almost no one knows how Mr. Oakes generates prospective customer lists.

27.     National was careful to protect its intellectual property when Selb, Bennett, and Graupner left National. In his March 18, 2018 severance agreement with National, Selb:

a.     "acknowledges that he has only obtained the names and contact information of [National's] clients and prospective clients as a direct result of Confidential Information provided by [National]";

b.     "agrees that he shall not use the Confidential Information, [which includes, among other things, client and prospective clients' names and contact information, 'the techniques used in or the results of market research,' and 'sales and marketing data'], directly or indirectly, to solicit, communicate with or otherwise contact any of [National's] customers or prospective customers for the purpose of conducting any business with them which is substantially similar to the business conducted by [National]";

c.     acknowledges that National's "Confidential Information is of substantial value to [National] and highly confidential, is not known to the general public, is the subject of reasonable efforts to maintain its secrecy, [and] constitutes the professional and trade secrets of [National]"; and

d.     "agrees to hold in confidence and not to use or disclose this Confidential Information to third parties, and to treat this information as a trade secret belonging to [National]."

28.    Graupner's June 8, 2018 severance agreement, contains identical language, and Bennett's October 26, 2018 severance agreement has substantially similar language.

29.    Selb and Graupner also agreed not to hire any former National employee within six months of their departure from National.

**B.    Selb Starts a Competing Business, Recruits Former National Employees, Misappropriates National's Customer List, and Devises a Plan to Sabotage National's Relationships with Its Customers.**

30.    In 2016 and 2017, while he was still at National, Selb made comments to Matthew Parker, who was then a National employee, about defecting from National to create a competing business. Selb said he was planning to recruit Mr. Parker and others whom Selb considered to be National's top talent, including Graupner, Bennett, and Neyla Ramirez. Not only that: Selb told Parker he was planning to mimic National's business model and use National's proprietary information for his new venture.

31.    Mr. Parker was but one of the National employees with whom Selb shared his plot. In late 2016 and early 2017, for example, he approached National employees Karim Hanna, Greg Loscialpo, and Joseph Lancaster about leaving National to start a competing business. (They declined.)

32.    By the time Selb started approaching other National employees about defecting from the company, he already had incorporated ATS. He continued in his role at National mainly to gather its proprietary information for the commercial launch of ATS.

33.    In or around June 2018, ATS began competing with National in earnest, both directly and through GATL. Selb started the company with two former employees of National—Bennett and Plourde—and a disgraced attorney and fugitive from South Africa, Andrew Rapport, who allegedly stole more than $12 million from his law firm's accounts. Selb and his new

business partners then hired at least twenty recent National employees in violation of Selb's severance agreement.

34.     Selb knew that the key to the tax services kingdom was generating target-rich lists of customer prospects.  He also knew that National had mastered that process.

35.     Despite having agreed not to use National's proprietary information, Selb did exactly that:  he convinced Mr. Rob Boyles, the tax lien expert at U.S. Mailing House, to give Selb exactly the same lists of prospective clients that National uses.  What is more, he persuaded certain National personnel get him photographs of National's database of existing clients.

36.     With National's lists in hand, Selb, Plourde, Bennett, and Michael "Mickey" Gray, who was then an employee of ATS, devised a scheme to steal National's customers that would require more support from U.S. Mailing House:  ATS would mail solicitations to the same people as National between four and six weeks after National did so.  The purpose of staggering the letters in this way was to interfere with as many of National's contractual relationships as possible, as it typically takes two to three weeks for National to form a contractual relationship with the recipient of a mailing.

37.     The timing of ATS's mailings is revealing, but, as discussed below, it is the substance of the letters that is most disturbing.

**C.      Defendants Acquire National's Customers through Fraud and Extortion.**

38.     Having misappropriated National's customer lists, Defendants embarked on a campaign to steal those customers—and their money—through a scam that begins with mailing fraudulent and extortionate letters.

1    *1.    ATS Sends Letters to National's Customers and Prospects Impersonating the Government and Lying About Imminent Enforcement Actions.*

39.    ATS has sent—and continues to send—thousands of letters to National's customers and prospects nationwide that Selb, Bennett, Plourde, and Mr. Gray have crafted to deceive the recipients.

40.    Unlike National's mailings, the Company RICO Conspirators' advertisements are designed to mislead consumers into believing that they are receiving official notices from the government:

a.    The letters bear phony government seals and purport to originate from non-existent departments of government agencies—such as the "Bureau of Tax Enforcement For Cook County," the "Tax Processing Unit, Larimer County," and the "Benefits Suspension Unit, Los Angeles County".

b.    The letters purport to be legal documents. Many have prominent, deceptive titles like **"NOTICE OF INTENT TO LEVY SOCIAL SECURITY BENEFITS," "FINAL DEMAND FOR PAYMENT, FOR NONPAYMENT OF TAXES TO THE STATE OF MARYLAND,"** and "**Distraint Warrant**". Some of the letters expressly self-identify as legal process—stating, for example, "[t]his warrant serves the same function as a court judgment." There are even letters with captions at the top.

c.    The letters have signature blocks with fake government titles, such as "Levy and Warrant Officer" and "Compliance Authority". Many notices are signed with the vulgar pseudonym "Richard Herts," who purportedly

COMPLAINT FOR VIOLATIONS OF THE FEDERAL RACKETEER INFLUENCED AND CORRUPT ORGANIZATIONS (RICO) ACT, THE LANHAM ACT, AND VARIOUS STATE LAWS

10

serves as, among other things, a "Resolution Officer" in Baltimore and a "Levy and Warrant Officer" in New Jersey.

41.    Before ATS releases batches of mailings, Selb, Plourde, and others at ATS and GATL review them to maximize the likelihood that consumers will be misled into believing that the correspondence is from the government.   On February 6, 2019, for example, Plourde instructed the company's mailing vendor to replace references to "Tax Processing Center" in a mailing to "Bureau of Tax Enforcement"—a moniker thought to sound more intimidating and like a government agency.  And when Mr. Gray presented arrays of draft letters to Plourde and Selb, they consistently chose the most coercive drafts for circulation.

42.    The Attorney General of Idaho—one of the many State AGs to issue public warnings about ATS's letters, (see Fig. 4, *infra*)—commented that "[a]ll scams pose a threat to those they target, . . . [b]ut this one is particularly concerning because of how official the mailing looks."

43.    The substance of ATS's fake government notices are designed to create panic and fear:  they falsely state that enforcement actions against the recipients are imminent.   The mailings typically threaten that if the debtor does not call the toll-free number by a certain deadline (as few as four days hence), the government will press criminal charges, suspend social security benefits, seize property, offset federal tax refunds, garnish wages, or take other enforcement measures.   For the many recipients of the letters who are already National customers, the false message being conveyed is not just that crisis is imminent, but also that National has failed to do its job.

44.    ATS mails out phony "Distraint Warrants," for example, that threaten property seizure if the recipient does not immediately call a toll-free number:

**Fig. 2:  Fake Distraint Warrant Sent by ATS to Maryland Customer**

Tax Processing Unit
Bucks County Public
Judgment Records
TOLL FREE: 1(800)███

Date:              February 14 2020
Letter ID:         I.████

Perkasie PA 18944 ███

**Distraint Warrant**

This warrant has been issued against the above-named debtor(s) because of the tax debt that has not been paid in full. This isn't an arrest warrant. This warrant serves the same function as a court judgment. The State Of Pennsylvania uses the warrant in collection action, such as garnishment of wages and bank accounts, property seizures, federal tax refund offset, and creation of a property lien. To avoid enforcement, call 1(800)███ by 02/22/2020.

NOTE: Interest will continue to accrue until the $133,762 balance is paid in full.

This warrant acts as a judgment against the debtor(s) and is a lien on any property now owned or acquired in the future until the debt is paid in full. This letter has been sent to ███ due to the unpaid taxes to State Of Pennsylvania. Levying procedures will begin within 15 days of it's receipt. You must respond by the due date and pay in full, or call 1(800)███ to avoid action.

ASSIGNED RESOLUTION AGENT SIGNATURE

45.    These supposed Distraint Warrants have been the subject of several consumer fraud alerts. (*See* Fig. 4, *infra*.)  A county tax agency in North Carolina, for example, recently warned consumers "of an ongoing scam" involving a letter with "a bold heading claiming the notice is a Distraint Warrant and a toll free number listed . . . This is a fraudulent notice from a fictitious agency," the officials warned, "and residents should not call the number."

46.    As remarked another government official in Oregon, "[i]t's sick, but these con artists rely on creating enough panic that their victims will overlook all of the red flags . . . Who wouldn't panic at the thought of losing their home?"

47.     Defendants regularly prey on elderly consumers using the threat of suspending social security benefits—an action the IRS never takes:

**Fig. 3:  ATS Letter Threatening Suspension of Social Security Benefits**



48.     Indeed, Defendants target debtors of all types—even churches with tax debts. (*See* Samples of Defendants' Mailings, Ex. A, at 12–13.)  The greatest numbers of victims are in Florida, California, and New York, but Defendants perpetrate their fraud in Georgia, Massachusetts, North Carolina, Wisconsin, and numerous other states as well.

49.     Sixteen representative samples of the thousands of letters designed by Selb, Plourde, Bennett, and Mr. Gray and mailed by ATS are attached hereto as Exhibit A and incorporated herein by reference.

50.     Several consumers targeted by Defendants have shared the letters with media and law enforcement agencies, prompting a flood of consumer alerts beginning shortly after Defendants launched their RICO conspiracy in mid-2018:

**Fig. 4:  Consumer Alerts About ATS's Letters**

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| 8/27/18 | *Scam targets Pennsylvania taxpayers* (WGAL News 8) | "Victims received letters claiming the state has issued a warranted lien in their name for unpaid taxes. The letter includes a phone number and a threat that failure to respond could result in property seizure and civil proceedings."<br><br>"Both the Pennsylvania Department of Revenue and Dauphin County are warning people this is a scam." |
| 12/17/18 | *Attorney General, State Tax Commission Warn Idahoans of New Tax Scam* (mylocalradio.com) | "The mailer was labeled as a 'Notice of Default Pending Execution' and included two seals – though not official state seals – at the top. The scammers included a working telephone number in order to continue the fraud attempt via phone."<br><br>"'All scams pose a threat to those they target,' [Idaho Attorney General Lawrence] Wasden said. *'But this one is particularly concerning because of how official the mailing looks.'*"[2] |

---

[2] All emphasis in this chart is added.

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | "The more convincing a scam appears, the more dangerous it can be to taxpayers," Idaho State Tax Commission Chairman Ken Roberts said. "Fraudsters continue to take advantage of people's financial vulnerabilities and victimize innocent, hardworking citizens." |
| 3/11/19 | *Homeowners beware: Fraud claiming imminent property seizure makes its way to Lane County* (NBC 16 KMTR) | "Lane County residents may be targeted in a ***tax scam that has made its way across the country in recent months***, Lane County officials report."<br><br>"***Crooks impersonating the government cost people their time and money.***"<br><br>"Letters claiming to be a 'Notice of Warrant and State of Oregon Tax Lien Action' have been reported by some Eugene residents. The notice claims that property seizure is imminent and provides a non-local number for resolution."<br><br>"'***It's sick, but these con artists rely on creating enough panic that their victims will overlook all of the red flags*,'** said Lane County Assessor Mike Cowles. '***Who wouldn't panic at the thought of losing their home?***'" |
| 3/12/19 | *SCAM ALERT: Letter being sent that threatens property seizure if taxes aren't paid* (Count On News 2) | "***These individuals are preying on the unsuspecting*** with what may seem a serious and complicated matter involving taxes here at tax time . . . ."<br><br>"The letter threatens property seizure or liens against the victim if the money isn't paid." |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | "The letter claims it is a 'distraint warrant,' which would typically mean bad news for a taxpayer with back taxes. But only if the warrant were genuine." |
| 3/13/19 | *Orangeburg Sheriff warns about threatening tax letter now circulating* (Live 5 Scambusters) | "The Orangeburg County Sheriff's Office has issued a warning about fake letters circulating that threaten wage garnishment and property seizure if back taxes aren't paid."<br><br>"Sheriff Leroy Ravenell says *scammers are using letters like this to prey on unsuspecting individuals*. The letter appears to be real and very serious, but the sheriff says it is nothing but a fake."<br><br>"This letter is from the Bureau of Tax Enforcement for Orangeburg County. It claims to be a 'distraint warrant' for back taxes. The letter the sheriff's office shared claimed the person owed $17,000." |
| 4/4/19 | *HSCO Issues a SCAM Alert* (Hanover County, VA Sheriff's Office) | "Hanover County does not have an agency titled 'Bureau of Tax Enforcement'. Criminals who use this methodology will prey on unsuspecting citizens utilizing official appearing documents to legitimize their scam." |
| 4/5/19 | *Law enforcement warns of tax letter scam* (12 On Your Side) | "According to the authorities, a resident received a letter claiming to be on the behalf of the Bureau of Tax Enforcement for Hanover County. The letter references the garnishment of wages, bank accounts and property seizures as a method of collection if the debt is not paid." |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| 4/6/19 | *Medina police issue alert about distraint warrant scam* (19 News) | "Police in Medina have issued a warning about a scam letter received by one of their residents which *fraudulently claims actions such as wage garnishment and property liens are about to be taken by the IRS* over unpaid taxes." |
| 4/10/19 | *National scam hits Grand Rapids area* (Fox 17 West Michigan) | "Mackenna Morse, from Grand Rapids, received a letter from the 'IRS,' detailing how she owed thousands of dollars. It also added how there was a warrant out for her as a result of unpaid taxes."<br><br>"'*That's what the scammers are really counting on, that fear*,' said Troy Baker, with the BBB. 'If you have the name of the IRS, the seal, some kind of official logo on it, it all leads to that credibility.'" |
| 4/19/19 | *Deputies warn of new tax scam ahead of filing deadline* (WTAP) | "A tax scam that's hit other parts of the country has made its way to the Mid-Ohio Valley. The timing couldn't be worse as the tax filing deadline is just days away."<br><br>"Steve Sandifer, an enrolled agent based in Vienna, said one of his clients received a 'distraint warrant' letter in the mail." |
| 4/27/19 | *Delaware Division of Revenue warns of new taxpayer scam* (Delaware Public Media) | "The Division of Revenue is warning there's a new taxpayer scam targeting Delawareans."<br><br>"The letters claim to be from the 'Bureau of Tax Enforcement.'" |
| 5/13/19 | *IRS scam hits Spring Hill* (The Daily Herald) | "Spring Hill Police Department is advising residents to be aware of a potential scam stemming from fake letters claiming to be from the Internal Revenue Service (IRS)." |
| 5/17/19 | *Tax scam targets Marion County residents: Fake notices appear to be from state* (WRTV Indianapolis) | "The Indiana Department of Revenue says *scammers are sending official looking letters* to Marion County residents threatening legal |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | action unless a fake state tax bill is paid." "The scammers claim to help individuals by filing an 'offer-in compromise' through a law firm to settle overdue state tax payments." "After a series of detailed financial questions, they ask for immediate payment through a credit card or e-check." |
| 6/20/19 | *Berkeley County warns of tax scam* (ABC 4 News) | "The letters involve threats of legal actions if delinquent taxes aren't paid. ***The notices are fake, and are designed to trick people out of thousands of dollars***, Berkeley County says." "In one instance, a Summerville business received a letter from the 'State of South Carolina Tax Lien Action' threatening foreclosure on its property unless they called the phone number listed on the letter to resolve the alleged debt." |
| 6/21/19 | *Treasurer Warns of New Scam* (94.9 WSJM) | "Berrien County Treasurer Bret Witkowski is warning everyone about a scam aimed at local property owners. He tells WSJM News people have been getting letters marked as being from Berrien County and stating 'Property Seizure is Imminent.'" |
| 6/21/19 | *Berkeley County warns citizens about a possible tax scam* (Count On News 2) | "The Berkeley County Tax Office has informed residents to be aware of fake tax letters from 'State of South Carolina Tax Lien Action' that have been showing up in mailboxes. The office says these letters are [a] scam, threatening to take legal action against the taxpayer, trying to trick people out of thousands of dollars. A similar |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | scam was reported in Georgia in 2018." |
| 6/25/19 | *SCAM ALERT: Letter targeting Berrien County residents is fake, say officials* (WSBT 22) | "An important scam warning for people living in Berrien County: A letter is circulating demanding people pay up or lose their homes. It looks very real and county leaders are concerned some people will fall for it."<br><br>***"The letter is signed by a person named 'Richard Herts.' There is no person by that name that works for Berrien County."*** |
| 8/30/19 | *New York State Warns Residents About Fake Letters In Tax Scam* (patch.com) | "The New York State Department of Taxation and Finance is warning residents to beware of fake letters sent out in a tax scam."<br><br>"The letters demand immediate payment for an outstanding tax debt and threaten revocation of passports and drivers' licenses if the warning is ignored, the state said."<br><br>***"Con artists will often try to impersonate representatives from the tax department*** or IRS, the state added." |
| 11/4/19 | *Larimer treasurer warns of tax lien scam* (Loveland Reporter-Herald) | "The notice, which has been sent in the mail, claims that a tax lien has been placed on the resident's property for non-payment of taxes and urges the resident to call (800) 279-0231 to avoid enforcement through garnished wages, seized property or seized tax returns. The letter claims to be from the 'Tax Processing Unit in Larimer County, Public Judgment of Records.' That entity does not exist, Josey said." |
| 12/31/19 | *Idaho Tax Commission: Watch out for this scam!* (Idaho News 6) | "The Idaho State Tax Commission is alerting Idaho taxpayers to a recurring tax scam. The alert comes after an individual with a tax debt |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | recently received a demand for payment of Idaho taxes in the mail." "The mailing claims to be from the State of Idaho's 'Tax Processing Unit Internal Processing Service' in Oregon's Malheur County. But no such unit exists. The fraudulent letter threatens to seize the individual's property if payment arrangements aren't made quickly." |
| 1/3/20 | *Treasury: Scammers Using Fake Letters in Collections Scam* (Michigan.gov) | "The piece of correspondence appears credible to the taxpayer because it uses specific personal facts about their real outstanding tax debt that's pulled directly from publicly available information. The scammer's letter attempts to lure the taxpayer into a situation where they could make a payment to a criminal." |
| 1/4/20 | *Scam relies on fake letters about state tax debt, officials warn* (mLIVE.com) | "In the scheme, taxpayers receive what appears to be a government-looking letter about an overdue tax bill, asking individuals to immediately contact a toll-free number to resolve a state tax debt. The letter aggressively threatens to seize a taxpayer's assets—including property and Social Security benefits—it the state tax debt is not settled." |
| 1/6/20 | *Treasury: Scammers Using Fake Letters in Collections Scam* (The Daily Mining Gazette) | "Michigan taxpayers with past-due tax debts should be aware of an ***aggressive scam that's making the rounds through the U.S. Postal Service,*** according to the Michigan Department of Treasury . . . ." |
| 2/8/20 | *Davis County officials: Don't fall for tax scam* (Gephardt Daily) | "Officials in Davis County are alerting everyone to a tax scam that is currently going on in the area." "'If you receive taxes due/lien notices, always check with the respective government authorities |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | PRIOR to making ANY payments and/or sharing financial account(s) details,' the Davis County Sheriff's Office posted on Facebook." |
| 2/8/20 | *Sheriff: Beware of tax scam being sent through mail* (UpNorthLive) | "The Kalkaska Sheriff's Office posted a warning to residents to beware of notices involving unpaid taxes and funeral home payments." |
| | | "Once the county treasurer was alerted to the letters, the office began to look into it." |
| | | "'I called the 800 number and the gentleman answered. I ask him who he was representing and he said Kalkaska County, of which I continued to ask more questions,' Kalkaska County Treasurer Valerie Thornburg said. 'He turned it on me and basically said he feels like he was being scammed so he was going to hang up on me.'" |
| 3/12/20 | *Mail scam targeting Lexington County residents threatens wage garnishment, property seizure* (WIS News 10) | "The scam tells its recipients that they must pay overdue debts on their property to the Federal Tax Authority or face punishments such as garnishment of the recipient's bank account and wages." |
| | | "It is made to look like the letter came from the Lexington County Public Judgement Records division, which does not exist." |
| 6/26/20 | *Have you gotten a 'Distraint Warrant' letter? Erie County warns of new scam* (2 WGRZ On Your Side) | "Erie County says that these scam letters often say they're from the 'Tax Processing Unit.' But Erie County doesn't have such a thing." |
| 7/31/20 | *Clay County Sheriff's Office warns public of two scams* (Valley News Live) | "The Clay County Sheriff's Office has been informed of two scams that are going around using Clay County's name." |
| | | "The first is a mailer that comes from the 'Benefits Suspension Unit, |

| DATE | SOURCE | EXCERPTS |
|---|---|---|
| | | Clay County, Public Judgement Records.' This indicates that you have a 'Distraint Warrant' and says you must call a 1-800 number by a certain date. This is a tax SCAM, please do not respond to it." |
| 9/15/20 | *Scam Alert: Buncombe Tax Office Warns of Distraint Warrant Scam Letter* (County Center—Buncombe County, North Carolina) | "The Buncombe County Tax Department would like to make our community aware of an ongoing scam targeting area residents." "There is a bold heading claiming the notice is a Distraint Warrant and a toll free number listed on the letter, which may lead some consumers to believe this is a legitimate communication. *This is a fraudulent notice from a fictitious agency and residents should not call the number.*" |

51.     Consumers also have highlighted ATS's fraudulent mailings on Yelp:

**Fig. 5:  Recent ATS Yelp Reviews[3]**

**Mirelle K.**
Las Vegas, NV
⚡ 0 friends
📋 8 reviews
📷 3 photos

9/23/2020

OMG!!! They are bottom feeders! SCAMMERS!  Stay far away- and make sure you tell everyone- they send a letter without their name saying you owe money and you need to pay- ASAP- my mom almost fell for it- and almost gave her credit card!  You all should be ashamed - trying to trick people into paying you for bogus tax problems!

Ⓤ Useful     😊 Funny     😎 Cool

**Colleen Q.**
North Port, FL
⚡ 0 friends
📋 2 reviews

9/23/2020

Totally fradulent company.  I received a phony looking letter with no company name just a phone number regarding NYS taxes - which were paid 2 years ago.  When the reps realize you know it is a scam they will scream obsenities and hang up.

Ⓤ Useful     😊 Funny     😎 Cool

## 2.     *Defendants Continue Their Fraud Over the Phone.*

52.     ATS's fear-inspiring mailings yield a high volume of inbound calls.  The ATS RICO Defendants thus have enlisted Graupner, Barnes, and their companies (TDG and LTD) to promote the fraudulent scheme and handle the overflow of inbound calls to ATS and GATL.  A portion of calls to ATS and GATL are automatically re-routed to TDG or LTD.  Mr. Richard Ching, an elderly customer in California, for example, called ATS in response to an ATS letter of the type discussed above, but ultimately became a customer of TDG because his call was re-routed to Graupner.

53.     Defendants have used a large number of toll-free phone numbers as part of the RICO scheme—not just to diffuse risk, but also because a number of the phone numbers created

---

[3] (*See* https://www.yelp.com/biz/american-tax-solutions-chicago (last visited Oct. 21, 2020).)

by Selb and his co-conspirators have been shut down by so-called RespOrgs—self-regulatory organizations that control the registration of toll-free numbers—due to complaints about Defendants' deceptive practices.

54.    For those customers who are baited by ATS's deceptive mailings, the lies continue over the phone.

55.    For starters, the ATS RICO Defendants falsely advertise non-existent credentials. Selb holds himself out to National's customers and prospects as a licensed attorney, even though, as discussed above, he was disbarred for diverting settlement funds, misappropriating estate funds, lying to clients, and flouting court orders.

56.    Given his disbarment and public complaints about him, Selb has interfaced with consumers using the name Chris Baker.  Mr. Baker is a mentally challenged individual for whom Selb holds a durable power of attorney.  Selb pays Mr. Baker an allowance in exchange for the use of his identity.

**Fig. 6:  Terry Selb's Impersonation of Chris Baker**

Terry Selb                    Chris Baker                    Terry Selb Impersonating
                                                             Chris Baker[6]

  

57.   Mr. Gray has witnessed Selb introducing himself as "lead attorney Chris Baker." Former ATS employee Mike Sasson likewise has observed Selb holding himself out as an attorney during conversations with customers.

58.   Selb is not the only ATS RICO Defendant who misstates his credentials:  Mr. Sasson has observed Bennett, who never passed the bar exam, holding himself out as an attorney during numerous calls with consumers.

59.   ATS's Wesley Turner follows a similar playbook:  he has no college degree, yet holds himself out as a law school graduate.  During a phone call in or around August 2020, for example, Mr. Turner told Mr. Ricardo Alvarez—a California resident targeted by Defendants' scam—that he had gone to law school.  During that same conversation, Mr. Turner falsely claimed that he was an "enrolled agent."  An enrolled agent is someone who has been approved

---

[6] This picture of Selb purporting to be Chris Baker has recently been removed from GetATaxLawyer.com.

by the IRS to represent taxpayers before the IRS. Enrolled agents must pass an exam, take continuing education, and "demonstrate[ ] special competence in tax matters."[7] Mr. Turner (i) violated the rules of the IRS's Office of Professional Responsibility by holding himself out as an enrolled agent to a consumer, and, on information and belief, (ii) has committed crimes by holding himself out as an enrolled agent in IRS submissions.[8] On a separate call around the same time, Mr. Alvarez spoke to Mr. Turner's assistant, who falsely stated that Mr. Turner is an attorney. Lower-level ATS employees thus know to perpetuate their bosses' lies.

60.     As part of their agreed-upon plan for stealing and exploiting National's customers, Defendants also lie to callers about National. Selb, Bennett, Plourde, Graupner, Barnes, and others acting at their direction follow the same script when they target National's customers: they trick National's customers into believing that they are about to go to jail, lose their social security benefits, lose their homes, or be subject to some other imminent enforcement action. In reality, the customers face no such imminent enforcement: the IRS does not send delinquent taxpayers to jail; it rarely seizes homes—and never primary residences; and it does not suspend social security payments (it typically garnishes 15% of social security payments). Once one of the Defendants convinces National's customer that crisis is imminent, the customer is told that National is to blame. Whoever fields the call—and only discovery will reveal who fielded which calls from National's customers—knows to falsely state that the customer is about to be in

---

[7]     (See   IRS   Office   of   Professional   Responsibility,   Overview,   at https://www.irs.gov/irm/part1/irm_01-001-020 (last visited Oct. 21, 2020).)

[8]     (See accountingTODAY, *Man Indicted for Posing as Enrolled Agent* (Mar. 15, 2009), at https://www.accountingtoday.com/news/man-indicted-for-posing-as-enrolled-agent (discussing indictment of another tax professional holding himself out as an enrolled agent).)

serious trouble (which is not the case) because National has not performed the tax resolution services it was hired to perform.

61.     Many National customers, including but not limited to customers in Florida, California, New York, Georgia, Massachusetts, North Carolina, and Wisconsin, have relied on Defendants' lies over the phone and fired National in favor of hiring one of the Company RICO Conspirators.

> ### 3.     *Defendants Induce Customers to Pay Duplicative Fees—and, in Some Cases, Pay for Services That Are Not Rendered.*

62.     National customers who rely on Defendants' deceptive mailings and statements over the phone do so to their detriment, for once they are deceived into switching over to ATS or one of its co-conspirators, they must pay significant, redundant fees.

63.     National, ATS, GATL, TDG, and LTD all require a new customer to make an upfront, non-refundable payment of roughly $500 to cover an initial investigation of the tax issues.  Indeed, that is an industry-standard practice employed by, among others, Optima Tax Relief, the largest and most well-known tax resolution company in the U.S.  By the time Defendants poach a National customer—which, by design, typically occurs four-to-six weeks into the relationship—National has already collected the upfront fee and conducted its initial investigation.

64.     When one of the Defendants succeeds in scaring the customer into terminating its relationship with National and signing a new services agreement with one of the Company RICO Conspirators, the customer must pay the upfront fee a second time for the same services.

65.     On information and belief, there are even some cases where the customer pays the upfront fee a second time, yet ATS (or its co-conspirator) never performs the services it promises

to perform—i.e., calling the IRS as part of an initial assessment of the customer's tax situation. Indeed, that is exactly what happened to Mr. Alvarez after he hried ATS.

66.     Defendants' deception thus comes at great cost not just to National, but to consumers.

**D.     Defendants' RICO Scheme Causes Significant Commercial Injury to National.**

67.     On top of harming consumers nationwide, Defendants' unscupulous acts have caused and continue to cause significant financial, reputational, and other injury to National's business.

68.     Many of the thousands of National customers who are contacted by Selb and his co-conspirators reach out to National in a panic—especially elderly clients who have been tricked into believing they are about to lose their social security benefits.  National has expended substantial resources—including at least 1,500 hours worked—working to persuade its own customers to stay.  In most cases, National must waste the time of attorneys or enrolled agents to call the IRS jointly with the client in an effort to demonstrate that the Defendants' letter was not a government notice.  On top of having a great opportunity cost, this diversion of resources is having severe effects on National's operations.

69.     In many cases, National customers have been so shaken by Defendants' lies that National's relationships with them cannot be saved.  National has lost countless customers in California, New York, Florida, Georgia, North Carolina, Massachusetts, Wisconsin, and other states as a direct result of Defendants' predatory, fraudulent, and unfair acts.  As but a few examples, Defendants torpedoed National's contractual relationships with (i) New York resident Chad Wolf, who was coached by ATS on how to fire National and, at ATS's direction, canceled a transfer of funds to National, leaving National without compensation for the many hours it had

spent piecing together missing tax documents, (ii) Georgia resident Coye Green by falsely claiming that National was not providing him anything of value, when in reality, National had prepared seven years of past due tax returns, and (iii) California resident Ronald Glover just after he hired National.

70.     On top of misappropriating existing National customers, Defendants use fear and deception to misappropriate prospective customers. Selb gives himself access to National's pool of prospective clients by stealing National's trade secrets, then uses fear and deception to take a large share of those prospects from National. To be sure, Defendants are not taking remote, theoretical prospects from National: the list of potential customers is target-rich because of National's proprietary method for searching public records. A large proportion of the prospects Defendants deceive into becoming their customers otherwise would hire National.

71.     Taking customers and prospects away from National and harming its business is exactly what Selb, Bennett, Plourde, Graupner, and Barnes agreed they would strive to accomplish by Defendants' misdeeds. Selb perpetuates Defendants' scheme to interfere with National's contracts with its customers by awarding a special bonus to anyone who succeeds in appropriating a customer from National. And he relishes in the kill: upon signing Mr. Glover, Selb sent National President Patrick Oakes a gift basket with a card that read, "Keep the clients coming!"

72.     The injuries National has sustained and continues to sustain are by no means merely financial. After ATS (or one of its RICO co-conspirators) acquires a National customer, Selb works to coopt the customer to defame National. He has conversations with the customer in which he urges the customer to file complaints against National with the Better Business Bureau and the Attorney General based on the lies the customer has been told about National.

On information and belief, Selb has trained Plourde, Bennett, Graupner, and Barnes to follow a similar script with new customers they appropriate from National. Defendants' efforts are tarnishing National's reputation and irreparably harming its goodwill.

## CAUSES OF ACTION

## COUNT I

**Violation of RICO (Racketeer Influenced and Corrupt Organizations Act),
18 U.S.C. § 1962 *et seq*.
(Against All Defendants)**

73.     Plaintiff incorporates and re-alleges each preceding paragraph as though fully set forth herein.

74.     Under 18 U.S.C. § 1962(a), it is illegal "for any person who has received any income derived, directly or indirectly, from a pattern of racketeering activity . . . to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce."

75.     Under 18 U.S.C. § 1962(c), it is illegal "for any person employed by or associated with any enterprise engaged in, or the activities of which affect, interstate or foreign commerce, to conduct or participate, directly or indirectly, in the conduct of such enterprise's affairs through a pattern of racketeering activity . . . ."

76.     Under 18 U.S.C. § 1962(d), it is unlawful to conspire to violate 18 U.S.C. § 1962(a) or 18 U.S.C. § 1962(c).

77.     Each of Selb, Bennett, Plourde, ATS, GATL, Graupner, TDG, Barnes, and LTD is a "person" under 18 U.S.C. § 1961(3) because each is capable of holding a legal or beneficial interest in property.

78.     At all times relevant to Plaintiff's RICO claims, Selb, Plourde, and Bennett have been employed by and/or associated with ATS and GATL, and Graupner has been employed by and/or associated with TDG.  Barnes previously was employed by and/or associated with LTD.

79.     At all times relevant to Plaintiff's RICO claims, each of ATS, GATL, TDG, and LTD has been an "enterprise" under 18 U.S.C. § 1961(4) because each is a corporation. Separately, Defendants have been operating an associated-in-fact enterprise:  they created a cross-firm arrangement to pursue the common purpose of appropriating and exploiting National's customers, including by impersonating the government.  Under the structure Defendants created, responsibility for reaching out to consumers is divided between the Company RICO Conspirators, and, on information and belief, the ATS Defendants have fee-sharing arrangements with the other Defendants.

80.     ATS, GATL, TDG, and LTD engage in interstate commerce by selling tax debt resolution services to consumers around the country.

81.     Defendants have engaged in countless acts of "racketeering activity"—and certainly more than the two acts required for a "pattern" under 18 U.S.C. § 1951(5)—as part of an ongoing scheme devised by Selb:

     a.     **Mail and Wire Fraud.**  Each Defendant repeatedly has committed mail fraud under 18 U.S.C. § 1341 and wire fraud under 18 U.S.C. § 1343 by using the mail and wire facilities as part of a scheme to obtain money through false or fraudulent pretenses.  In their mailings and phone calls to

unsuspecting consumers with tax debt, Selb, Plourde, Bennett, GATL, ATS, Graupner, TDG, Barnes, and LTD (i) impersonate government officials, (ii) lie about non-existent imminent government enforcement actions, including suspension of social security benefits, garnishment of wages, property seizures—and even indictments, and (iii) lie about their competitor, National. Selb, Bennett, and others at ATS and GATL also misrepresent their credentials. Such fraudulent statements are designed to induce—and many times have successfully induced—consumers needlessly to pay the Company RICO Conspirators redundant fees that had already been paid to National, including, in some cases, fees for services that are never rendered.

b.    **Mail and Wire Fraud.** National disclosed trade secret materials to Selb pursuant to the promise he made in his consulting agreement not to misuse National's trade secrets for his own personal gain. Selb then committed mail fraud and wire fraud by betraying that trust through the use of the mails or wires: he profited from National's trade secrets by acquiring National's customers through letters and phone calls. In addition, Selb used the wires as part of his betrayal when he (i) persuaded one or more contacts at National to send him photographs of National's customer database, and (ii) persuaded U.S. Mailing House to send him electronic versions of National's lists of prospective customers.

c.    **Extortion.** Each Defendant also has engaged in many acts of extortion under 18 U.S.C. § 1951 by obtaining property from victims, with their

consent, through the wrongful use of fear.  Defendants have extracted countless fees from National's customers and prospects by pretending to be government officials and preying on their fear of jail time, losing their property, losing government benefits, having their wages garnished, or otherwise being the subject of government enforcement actions.

82.     Selb—who has personally orchestrated the overall scheme, misappropriated National's trade secrets via fraud, participated in crafting the fraudulent and extortionate mailings, made many of the fraudulent and extortionate phone calls, and profited from the scheme—has violated and continues to violate 18 U.S.C. § 1962(c) by engaging in a pattern of racketeering activity while "employed by or associated with" ATS and GATL and, alternatively, the associated-in-fact enterprise discussed above.

83.     Bennett—who has participated in crafting and sending the fraudulent and extortionate mailings, made many of the fraudulent and extortionate phone calls, and profited from the scheme—likewise has violated and continues to violate 18 U.S.C. § 1962(c) by engaging in a pattern of racketeering activity while employed by or associated with ATS and GATL and, alternatively, the associated-in-fact enterprise discussed above.

84.     Plourde—who has participated in crafting and sending the fraudulent and extortionate mailings, made many of the fraudulent and extortionate phone calls, and profited from the scheme—likewise has violated and continues to violate 18 U.S.C. § 1962(c) by engaging in a pattern of racketeering activity while employed by or associated with ATS and GATL and, alternatively, the associated-in-fact enterprise discussed above.

85.     Graupner—who has made many of the fraudulent and extortionate phone calls and profited from the scheme—has violated and continues to violate 18 U.S.C. § 1962(c) by engaging

in a pattern of racketeering activity while employed by or associated with TDG and, alternatively, the associated-in-fact enterprise discussed above.

86.     Barnes—who has made many of the fraudulent and extortionate phone calls and profited from the scheme—violated 18 U.S.C. § 1962(c) by engaging in a pattern of racketeering activity while employed by or associated with LTD and, alternatively, the associated-in-fact enterprise discussed above.

87.     ATS violated 18 U.S.C. § 1962(a) by participating in the racketeering activities and using income from those activities to operate the enterprise.

88.     GATL violated 18 U.S.C. § 1962(a) by participating in the racketeering activities and using income from those activities to operate the enterprise.

89.     TDG violated 18 U.S.C. § 1962(a) by participating in the racketeering activities and using income from those activities to operate the enterprise.

90.     LTD violated 18 U.S.C. § 1962(a) by participating in the racketeering activities and using income from those activities to operate the enterprise.

91.     All Defendants have worked in collaboration and by agreement to perpetrate the substantive RICO violations alleged herein, and thus all violated 18 U.S.C. § 1962(d).

92.     Defendants' RICO violations have proximately caused—and continue to proximately cause—injury to National because those violations have directly reduced National's revenues and profits.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## COUNT II

### Violation of the Lanham Act, 15 U.S.C. § 1125(a) (Against All Defendants)

93.    Plaintiff incorporates and re-alleges each preceding paragraph as though fully set forth herein.

94.    The Lanham Act prohibits any person, including a business entity, from using in commerce any false or misleading representation of fact that is likely to cause confusion or mistake, or to deceive as to the affiliation, connection, or association of such person without another person.  Any person who believes that he, she, or it is or is likely to be damaged by such act has a civil claim against the person violating the statute.

95.    Defendants have violated the Lanham Act by pretending to be government officials in mailings to consumers, lying about imminent government enforcement actions in mailings to consumers and during phone calls with consumers, making false and misleading statements about National to consumers, and pretending to be licensed attorneys while marketing services to consumers.

96.    National has already suffered and is likely to keep suffering financial and other harm as a direct result of Defendants' deceptive conduct.

## COUNT III

### Unfair and Deceptive Trade Practices (Against All Defendants)

97.    Plaintiff incorporates and re-alleges each preceding paragraph as though fully set forth herein.

98.     Defendants have violated and continue to violate numerous states' unfair and deceptive trade practices ("UDTP") statutes by: mailing fraudulent and extortionate letters to consumers; defrauding and extorting consumers over the phone; inducing them to pay unnecessary fees; collecting fees for services they do not provide; and engaging in the other predatory and illegal acts described here.

99.     Consumers and Plaintiff alike are directly and foreseeably harmed by Defendants' unfair and deceptive trade practices.

100.    By the acts described above, Defendants have violated:

a.      California's Unfair Competition Law, Cal. Bus. & Prof. Code § 17200 *et seq.*, which broadly prohibits any "unlawful, unfair or fraudulent business act or practice";

b.      Florida's Deceptive and Unfair Trade Practices Act, Fla. Stat. Ann. § 501.201 *et seq.*, which prohibits "[u]nfair methods of competition, unconscionable acts or practices, and unfair or deceptive acts or practices in the conduct of any trade or commerce";

c.      Section 349 of New York's General Business Law, which prohibits deception, fraud, unconscionable and unfair commercial practices, false pretenses, false promises, misrepresentations and the knowing concealment, suppression, or omission of material facts with the intent that others rely on such concealment, suppression, or omission, in connection with the sale or advertisement of goods;

d.    Georgia Uniform Deceptive Trade Practices Act, Ga. Code Ann. § 10-1-370, which authorizes injunctive relief in favor of a person "likely to be damaged by a deceptive trade practice of another";

e.    Section 100.18 of Wisconsin's general statutes, which prohibits any corporation from sending a letter to the public that "contains any assertion, representation or statement of fact which is untrue, deceptive, or misleading" for the purpose of selling a service;

f.    Massachussetts's Regulation of Business Practice and Consumer Protection Act, Mass. Gen. Laws Ann. ch. 93A, §§ 1–11, which prohibits "[u]nfair methods of competition and unfair or deceptive acts or practices in the conduct of any trade or commerce";

g.    Section 75-1.1 of the General Statutes of North Carolina, which prohibits "[u]nfair methods of competition in or affecting commerce, and unfair or deceptive acts or practices in or affecting commerce"; and

h.    the UDTP statutes of other states where Defendants are targeting National's customers.

## COUNT IV

**Tortious Interference with Contract**
**(Against All Defendants)**

101.    Plaintiff incorporates and re-alleges each preceding paragraph as though fully set forth herein.

102.   Selb misappropriated National's list of customers and potential customers for the express purpose of disrupting Plaintiff's contractual relationships with its clients—National's main source of revenue.

103.   Defendants intentionally time their fraudulent and extortionate mailings based on the timing of Plaintiff's own mailings so that Defendants can disrupt Plaintiff's contractual relationships with clients to greatest extent possible.

104.   Once Defendants contact Plaintiff's customers over the phone and learn about their contracts with Plaintiff, Defendants maliciously make a series of fraudulent misrepresentations—including lies about National and misrepresentations about government enforcement actions—and urge National's customers to terminate those contracts.

105.   In direct reliance on Defendants' deceptive conduct, many of National's customers, such as Messrs. Wolf, Green, and Glover, have terminated their relationships with National.

106.   Defendants' misappropriation of National's customers has directly and proximately caused National to lose profits and suffer harm to its reputation and goodwill.

**COUNT V**

**Misappropriation of Trade Secrets**
**(Against Defendant Selb)**

107.   Plaintiff incorporates and re-alleges each preceding paragraph as though fully set forth herein.

108.   As Selb acknowledged in his severance agreement, National's unique, proprietary methods for identifying prospective customers, as well as its lists of customers and prospects,

are trade secrets.  Selb knew he was under a duty to maintain the secrecy of National's trade secrets, yet flouted that duty as part of his campaign to damage National's business.

109.   National's trade secrets—the fruit of years of hard work—comprise information that is not generally known to the public or other persons and derive economic value from not being generally known to the public or other persons.

110.   National has taken and continues to take reasonable measures to maintain the secrecy of their trade secrets.

111.   Selb improperly acquired National's trade secrets and not only has used and continues to use them for commercial gain, but also to inflict commercial and other injuries upon National.

## JURY DEMAND

112.   Under Rule 38(b) of the Federal Rules of Civil Procedure, Plaintiff demands a trial by jury of all issues so triable that are raised here or which hereinafter may be raised in this action.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully prays for a Judgment:

a.   enjoining Defendants from (i) using National's customer and prospect lists and the method by which those lists are derived, and (ii) holding themselves out as government agents and lying about imminent enforcement efforts;

b.   awarding compensatory damages in an amount to be determined at trial;

c.   awarding treble damages under RICO;

d.   awarding punitive damages;

# EXHIBIT A

**(Samples of Defendants' Mailings)**

Tax Processing Unit
Bucks County Public
Judgment Records
TOLL FREE: 1(800)███

███████████████
███████████████                    Date:           February 14 2020
Perkasie PA 18944██                 Letter ID:      L██████████

### Distraint Warrant

This warrant has been issued against the above-named debtor(s) because of the tax debt that has not been paid in full. This isn't an arrest warrant. This warrant serves the same function as a court judgment. The State Of Pennsylvania uses the warrant in collection action, such as garnishment of wages and bank accounts, property seizures, federal tax refund offset, and creation of a property lien. To avoid enforcement, call 1(800)█████ by 02/22/2020.

NOTE: Interest will continue to accrue until the $133,762 balance is paid in full.

This warrant acts as a judgment against the debtor(s) and is a lien on any property now owned or acquired in the future until the debt is paid in full. This letter has been sent to ████████████████████ due to the unpaid taxes to State Of Pennsylvania. Levying procedures will begin within 15 days of it's receipt. You must respond by the due date and pay in full, or call 1(800)█████ to avoid action.



ASSIGNED RESOLUTION AGENT SIGNATURE

---

For Addressee Only
Violation Punishable by Fine or Imprisonment
18 USC 1702

|||||||||||||||||||||||||||||||||
2146  6884  6221  85 4

PRESORTED
FIRST CLASS MAIL
U.S. POSTAGE
PAID
PERMIT NO. 14954
LOS ANGELES, CA

Benefits Suspension Unit
Bucks County
Public Judgment Records

███████████████
███████████████
Perkasie PA 18944██

**IMMEDIATE ACTION REQUIRED**

|||||||||||||||||||||||||||||||||||||



Tax Processing Unit
Larimer County
Public Judgement Records
**1(800)279-0231**

Date: 10/25/2019
Letter ID:

## NOTICE OF WARRANTED LIEN

This notice has been issued against the above named debtor(s) because of the tax debt that has not been paid. This is not a warrant. This notice serves the same function as a public notification. The Federal Tax Authorities has placed a lien in your name and may take collection action, such as garnishment of wages and bank accounts, property seizures, federal tax refund offset, and creation of a property lien. To avoid enforcement, call **1(800)279-0231** by 10/29/2019.

_NOTE:_ Interest may continue to accrue until the $10,598.00 balance is paid in full by due date.

This notice acts as a notification against the debtor(s). A lien has been filed on any property now owned or acquired in the future until the debt is paid in full. This notice has been sent to                due to the unpaid taxes to Federal Tax Authorities and levying procedures may begin within 15 days of it's receipt. You must respond by the due date and pay in full or call **1(800)279-0231** to avoid action.

ASSIGNED RESOLUTION AGENT SIGNATURE

3

Benefits Suspensions Unit
Madison County
Public Judgement Records
February 21, 2020

## NOTICE OF INTENT TO LEVY SOCIAL SECURITY BENEFITS

#VWNCV··········MIX ADD 12

AMOUNT DUE: $11,597

DUE BY: 02/28/2020

Dear ▮▮▮▮▮▮

   This notice has been issued against the debtor ▮▮▮▮▮▮, because of a lien filing due to the tax liability that has not been paid. This letter serves as a final judgemental notice.

The State of Montana can now take enforcement action such as seizing Social Security benefits and garnishing wages and bank accounts to satisfy the outstanding debt owed. If no action is taken by 02/28/2020 The State of Montana may permanently revoke benefits, suspend licenses, and levy any federal tax refund gained this year.

Your debt must be resolved in full to remove the lien. To avoid enforcement, CALL 1-800-561-0124 withing fifteen (15) days of receiving this notice. Failure to respond in time will cause an additional penalty to accumulate and lead to default judgement.

P-01154-01

4

Form DR-1024



Tax Processing Center
**Internal Processing Service**
**For Baltimore City County**
**Public Judgement Records**



## CEENA, YOUR PROPERTY WILL BE SEIZED

Ceena Babukutty
1 E Chase St
Baltimore, MD  21202-2526

Date: 12/7/2018
Debt: $14,884.00
The State of Maryland

Filing No: A8675309

## FINAL DEMAND FOR PAYMENT
## FOR NONPAYMENT OF TAXES TO THE STATE OF MARYLAND

The State of Maryland has attempted to collect the overdue above debt which has not been paid. **You must call 866-261-5502, by 12/18/2018**.

The State of Maryland will seize this property for nonpayment of taxes, penalty and interest due to the State. During this seizure it will be against the law to enter, dismantle, take possession of or remove anything from your property. The State of Maryland will impose to garnishment on all bank accounts and income in the name of Ceena Babukutty.

NOTE: To avoid enforcement, call 866-261-5502, by 12/18/2018 or further actions will be taken in exacting the value by levying.



DR-1024

5



# Notice of Default
# Pending Execution



In the matter of:
The State of Maryland
        VS
Kimberly N James
6109 Shaded Leaf Ct
Columbia MD 21044-3862

Tax Processing Center
Branch 12 B
Columbia, MD

## KIMBERLY, PAY YOUR INCOME TAXES.
### You must respond by 11/30/2018

You owe $139,696.00 to the State of Maryland. A local revenue officer
may be assigned to collect the debt. You may be subject to a home visit.

## Call 866-228-3067
## To Stop State of Maryland Asset Seizure

Please note that the following items MAY be seized by the State of Maryland:

| Autos: | Real Estate: | Finances: | Assets: |
|---|---|---|---|
| •Cars | •Houses | •Social Security | •Televisions |
| •Trucks | •Property | •Paycheck | •Cell Phones |
| •Motorcycles | •Time Shares | •IRA | •Precious Metals |
| •Trailers | •Cropland | •401K | •Firearms |
| •RVs | •Mobile Homes | •Pension | •Livestock |

## This is your final notice
## -Do Not Disregard-

Dated at _____ Howard County Court House _____        11/15/2018

                        (Place)                              (Date)

Signature                    Telephone Number    Title
                             866-228-3067        Resolution Officer

6




# Notice of Default
# Pending Execution

In the matter of:
The State of Maryland
          VS
Jeffrey A Shrinsky
8520 Milldam Ct
Ellicott City MD 21043-1947

Tax Processing Center
Branch 12 B
Ellicott City, MD

## JEFFREY, PAY YOUR INCOME TAXES.
### You must respond by 11/30/2018

You owe $30,723.00 to the State of Maryland. A local revenue officer may be assigned to collect the debt. You may be subject to a home visit.

## Call 866-228-3067
## To Stop State of Maryland Asset Seizure

Please note that the following items MAY be seized by the State of Maryland:

| Autos: | Real Estate: | Finances: | Assets: |
|---|---|---|---|
| •Cars | •Houses | •Social Security | •Televisions |
| •Trucks | •Property | •Paycheck | •Cell Phones |
| •Motorcycles | •Time Shares | •IRA | •Precious Metals |
| •Trailers | •Cropland | •401K | •Firearms |
| •RVs | •Mobile Homes | •Pension | •Livestock |

## This is your final notice
## -Do Not Disregard-

Dated at ___Baltimore City County Court House___      11/15/2018

               (Place)                                          (Date)

Signature _Richard Glatt_   Telephone Number   Title
                            866-228-3067      Resolution Officer

NOTICE OF PROPOSED SURETY
IN RESPONSE TO A STATE TAX WARRANT
FILED IN ROCKLAND COUNTY RECORDS

# PROPERTY
# SEIZURE WARRANTED

IN THE MATTER OF:
STATE OF NEW YORK

vs.

Bon Secours Community Hospital F
233 Lafayette Ave
Suffern, NY 10901-4821

**Bon Secours Community Hospital F, your property is at risk.**

The State of New York has issued a warranted lien in your name. According to public record this lien was filed in Rockland in the amount of $16,519.00. Respond immediately to avoid collection action from the State of New York.

# CALL 866-883-2029
**to avoid further penalty from The State of New York**

If you do not respond by 1/30/2019 further action may be taken by the State of New York or this office. If you have resolved this debt please disregard this notice.

# THIS IS YOUR FINAL NOTICE
# -Do Not Disregard-

_____                           COMPLIANCE AUTHORITY
                                                   _____

8



Private Use Only
$300 Dollar fine for misuse

Bureau of Tax Enforcement
Suffern, NY

PRESORTED
FIRST CLASS
US POSTAGE
PAID
LOS ANGELES CA
PERMIT 2112

Bon Secours Community Hospital F 1007

233 Lafayette Ave
Suffern, NY 10901-4821

NOTICE OF PROPOSED SURETY
IN RESPONSE TO A STATE TAX WARRANT
FILED IN ROCKLAND COUNTY RECORDS

# PROPERTY
# SEIZURE WARRANTED

IN THE MATTER OF:
STATE OF NEW YORK

vs.

Diane E Dankner
28 Friend St
Congers, NY  10920-2028

## Diane, your property is at risk.

The State of New York has issued a warranted lien in your name. According to public record this lien was filed in Rockland in the amount of $25,555.00. Respond immediately to avoid collection action from the State of New York.

## CALL 866-883-2029
### to avoid further penalty from The State of New York

If you do not respond by 1/30/2019 further action may be taken by the State of New York or this office. If you have resolved this debt please disregard this notice.

# THIS IS YOUR FINAL NOTICE
# -Do Not Disregard-

_____          _____
                                          COMPLIANCE AUTHORITY

10



11

NOTICE OF PROPOSED SURETY
IN RESPONSE TO A STATE TAX WARRANT
FILED IN ROCKLAND COUNTY RECORDS

# PROPERTY
# SEIZURE WARRANTED

IN THE MATTER OF:
STATE OF NEW YORK

vs.

Roman Catholic Church Of Saint P
115 Broadway
Haverstraw, NY  10927-1143

## Roman Catholic Church Of Saint P, your property is at risk.

The State of New York has issued a warranted lien in your name. According to public record this lien was filed in Rockland in the amount of $11,405.00. Respond immediately to avoid collection action from the State of New York.

# CALL 866-883-2029
## to avoid further penalty from The State of New York

If you do not respond by 1/30/2019 further action may be taken by the State of New York or this office. If you have resolved this debt please disregard this notice.

# THIS IS YOUR FINAL NOTICE
# -Do Not Disregard-

COMPLIANCE AUTHORITY

12



Private Use Only
$300 Dollar fine for misuse

Bureau of Tax Enforcement
Haverstraw, NY

PRESORTED
FIRST CLASS
US POSTAGE
PAID
LOS ANGELES CA
PERMIT 2112

Roman Catholic Church Of Saint P   1010

115 Broadway
Haverstraw, NY 10927-1143

13



Issuer:J.S.BROWN
Contact: 1-866-217-5047
Hours Mon- Fri 6am-6pm

Benefits Suspension Unit
Los Angeles County
Public Judgement Records
04/01/19

## NOTICE OF INTENT LEVY SOCIAL SECURITY BENEFITS

Marie Ramirez
6230 Wilshire Blvd
Los Angeles, CA  90048-5126

| AMOUNT DUE: $8,300.00 |
| DUE BY: 4/29/2019 |

Dear Marie Ramirez

      This notice has been issued against the debtor Marie Ramirez, because of a lien filing due to the tax liability that has not been paid. This notice serves as a final judgmentmental notice.

  The State of California can now take enforcement action such as seizing Social Security benefits, garnishment of wages and bank accounts to satisfy the outstanding debt owed. If no action is taken by 4/29/2019 The State of California may permanently revoke benefits, State license and levy any federal tax refund gained this year.

Your debt must be resolved in full to remove the lien. To avoid enforcement, CALL 1-866-217-5047 within fifteen (15) days of receiving this notice. Failure to respond in time will cause an additional penalty to accumulate and lead to default judgment.


## PROPERTY
## SEIZURE WARRANTED


The State of New Jersey

VS.

Pasquale Colicchio
220 Union St
Ridgewood NJ 07450-4441

# Pasquale your property is at risk.

The State of New Jersey has issued a warranted lien in your name for unpaid taxes in the amount of $8,836.00. Respond immediately to avoid criminal or civil suit from State of New Jersey's justice department.

# CALL 866-671-5435
## to avoid criminal penalty and to resolve your tax debt

If your taxes are not paid by 11/18/2018 or you do not file a response to this notice further action may be taken on behalf of the State of New Jersey. This action includes property seizure and civil proceedings.

# THIS IS YOUR FINAL NOTICE
## -Do Not Disregard-

| | | |
|---|---|---|
| Dated at | RIDGEWOOD IN Bergen COUNTY | 11/06/2018 |
| | (Place) | (Date) |

| Signature | Telephone Number | Title |
|---|---|---|
| Richard Watts | 866-671-5435 | LEVY AND WARRANT OFFICER |

15



Bureau of Tax Enforcement
For Cook County
Public Judgement Records
TOll FREE: 855-912-6731

Vernon L Yarrington
10541 S Vernon Ave
Chicago, IL 60628-2951

Date: 4/19/2019
Letter ID: L46468461464

## Distraint Warrant

This warrant has been issued against the above named debtor(s) because of the tax debt that has not been paid in full. This isn't an arrest warrant. This warrant serves the same function as a court judgment. The Internal Revenue Service uses the warrant in collection action, such as garnishment of wages and bank accounts, property seizures, federal tax refund offset, and creation of a property lien. To avoid enforcement, call 855-912-6731 by 5/1/2019.

NOTE: Interest will continue to accrue until the 14,170.00 balance is paid in full by due date.

This warrant acts as a judgment against the debtor(s) and is a lien on any property now owned or acquired in the future until the debt is paid in full. This letter has been sent to Vernon L Yarrington due to the unpaid taxes to Internal Revenue Service and levying procedures will begin within 15 days of it's receival. You must respond by the due date, you must pay in full or call 855-912-6731 to avoid action.

ASSIGNED RESOLUTION AGENT SIGNATURE

Case # 47970



P-01154-45

16




# Notice of Default
## Pending Execution

| | |
|---|---|
| The State of Maryland<br><br>vs<br><br>Donald A Davis | Tax Processing Center<br>Branch 12 B<br>Bethesda, MD |

## DONALD, PAY YOUR INCOME TAXES.
### You must respond by 11/12/2018

You owe $26,611.00 to the State of Maryland. A local revenue officer may be assigned to collect the debt. You may be subject to a home visit.

## Call 866-348-6827
## To Stop State of Maryland Asset Seizure

Please note that the following items MAY be seized by the State of Maryland:

| Autos: | Real Estate: | Finances: | Assets: |
|---|---|---|---|
| •Cars | •Houses | •Social Security | •Televisions |
| •Trucks | •Property | •Paycheck | •Cell Phones |
| •Motorcycles | •Time Shares | •IRA | •Precious Metals |
| •Trailers | •Cropland | •401K | •Firearms |
| •RVs | •Mobile Homes | •Pension | •Livestock |

## This is your final notice
### -Do Not Disregard-

| Dated at | Montgomery County Court House | | 11/01/2018 |
|---|---|---|---|
| | (Place) | | (Date) |

| Signature | Telephone Number | Title |
|---|---|---|
| *Rebmsylort* | 866-348-6827 | Resolution Officer |

17

BALTIMORE CITY PROPERTY AND ASSETS
NOTICE OF WARRANT AND LIEN

 

## PROPERTY
## SEIZURE WARRANTED

The INTERNAL REVENUE SERVICE

VS.

Karen C McGagh
7116 Wardman Rd
Baltimore MD 21212-1638

# KAREN your property is at risk.

The INTERNAL REVENUE SERVICE has issued a warranted lien in your name for unpaid taxes in the amount of $31,567.00. Respond immediately to avoid criminal or civil suit from INTERNAL REVENUE SERVICE's justice department.

# CALL 866-758-3070
## to avoid criminal penalty and to resolve your tax debt

If your taxes are not paid by 11/16/2018 or you do not file a response to this notice further action may be taken on behalf of the INTERNAL REVENUE SERVICE. This action includes property seizure and civil proceedings.

# THIS IS YOUR FINAL NOTICE
# -Do Not Disregard-

| Dated at | BALTIMORE IN BALTIMORE CITY COUNTY | 11/06/2018 |
|---|---|---|
| | (Place) | (Date) |

| Signature | Telephone Number | Title |
|---|---|---|
| *Richard Glatt* | 866-758-3070 | LEVY AND WARRANT OFFICER |

18

BALTIMORE CITY PROPERTY AND ASSETS
NOTICE OF WARRANT AND LIEN

    

## PROPERTY
## SEIZURE WARRANTED

The INTERNAL REVENUE SERVICE

VS.

Jennifer Smith
3308 Lake Ave
Baltimore MD 21213-1846

## JENNIFER your property is at risk.

The INTERNAL REVENUE SERVICE has issued a warranted lien in your name for unpaid taxes in the amount of $42,654.00. Respond immediately to avoid criminal or civil suit from INTERNAL REVENUE SERVICE's justice department.

## CALL 866-758-3070
### to avoid criminal penalty and to resolve your tax debt

If your taxes are not paid by 11/16/2018 or you do not file a response to this notice further action may be taken on behalf of the INTERNAL REVENUE SERVICE. This action includes property seizure and civil proceedings.

## THIS IS YOUR FINAL NOTICE
## -Do Not Disregard-

| Dated at | BALTIMORE IN BALTIMORE CITY COUNTY | 11/06/2018 |
|---|---|---|
| | (Place) | (Date) |

| Signature | Telephone Number | Title |
|---|---|---|
| *Richard Jerk* | 866-758-3070 | LEVY AND WARRANT OFFICER |

19



**Tax Processing Center**
Tax Investigation Unit -2B
For Napa County
Public Judgement Records
4/17/19

Form Number P-55-01
Issuer: R.M.Frone
Contact: 1-866-218-4868
Toll Free Mon- Fri 6am-6pm

## NOTICE OF CRIMINAL INVESTIGATION



Dear Nissim Lanyadoo,

This notice is to inform you that you may be the subject of investigation by The State of California. This investigation could involves alleged violation---including avoidance of the tax liability of $584,799 owed from Nissim Lanyadoo in The State of California.Unless payment is made to The State of California. within 7 days of the date of this letter, further action may be taken to collect outstanding liability.

If your taxes are not paid or you do not provide a response to this notice by the due date further penalties will accumal and action may be taken by The State of California to collect liability owed . To avoid this, call 1-866-218-4868 immediately. Failure to respond to an official notice is the same as non-compliance.

Resolution Officer
R. M. Frome

_____
(Signature)

20

e.  awarding costs and attorneys' fees under RICO, the Lanham Act, Florida's Deceptive
and Unfair Trade Practices Act, and Section 349 of New York's General Business
Law; and

f.  granting any other relief the Court deems appropriate.

Dated: 11/2/20

OLAN LAW CORP.

David Olan, State Bar No. 144634
212 Marine St., Suite 302
Santa Monica, CA 90405
david@olanlaw.com

Douglas Gansler (*pro hac vice* application
    forthcoming)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
douglas.gansler@cwt.com

Jonathan M. Watkins (*pro hac vice* application
    forthcoming)
Aaron C. Lang (*pro hac vice* application
    forthcoming)

CADWALADER, WICKERSHAM & TAFT, LLP
227 West Trade Street
Charlotte, NC 28202
jonathan.watkins@cwt.com
aaron.lang@cwt.com

*Attorneys for Plaintiff*