Richard I. Arshonsky [SBN 155624]
*rarshonsky@laklawyers.com*
Anne C. Manalili [SBN 193483]
*acmecf@laklawyers.com*
**LEVINSON ARSHONSKY & KURTZ, LLP**
15303 Ventura Blvd., Suite 1650
Sherman Oaks, CA 91403
Tel: (818) 382-3434/Fax:(818) 382-3433

Douglas Gansler (*pro hac vice*)
*douglas.gansler@cwt.com*
**CADWALADER, WICKERSHAM & TAFT LLP**
700 Sixth Street, NW
Washington, DC 20001
Tel: (202) 862-2300/Fax: (202) 862-2400

Jonathan M. Watkins (*pro hac vice*)
*jonathan.watkins@cwt.com*
Aaron C. Lang (*pro hac vice*)
*aaron.lang@cwt.com*
**CADWALADER, WICKERSHAM & TAFT LLP**
227 West Trade Street
Charlotte, NC 28202
Tel: (704) 348-5145/Fax: (704) 348-5200

Attorneys for Plaintiff Nationwide Tax Experts, Inc.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE TAX EXPERTS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> TERRANCE SELB, TYLER BENNETT, GEOFF PLOURDE, AMERICAN TAX SOLUTIONS, INC., AMERICAN TAX SOLUTIONS, LLC, GETATAXLAWYER.COM, LLC, BEN GRAUPNER, BEN GRAUPNER INC., DONDAMONDE BARNES, and LEGAL TAX DEFENSE, INC., <br><br> Defendants. | CASE NO. 2:20-cv-10090-CAS-MAA <br><br> Assigned to Hon. Christina A. Snyder <br><br> **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LEGAL TAX DEFENSE, INC, [FRCP 41(a)(1)(A)(i)]** <br><br> Action Filed: November 3, 2020 |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Nationwide Tax Experts, Inc. ("Nationwide") voluntarily dismisses, without prejudice, its claims against Defendant Legal Tax Defense, Inc. ("LTD"). This dismissal is based on factual representations about LTD made to Nationwide. Nationwide reserves its rights to pursue any claims against LTD in the event that it becomes aware of contrary or additional relevant information during discovery or otherwise.

Dated: March 18, 2021

LEVINSON ARSHONSKY & KURTZ, LLP

  /s/ Anne C. Manalili
Richard I. Arshonsky, State Bar No. 155624
Anne C. Manalili, State Bar No. 193483
15303 Ventura Boulevard, Ste. 1650
Sherman Oaks, CA 91403
rarshonsky@laklawyers.com
amanalili@laklawyers.com

Douglas Gansler (*pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
700 Sixth Street, NW
Washington, DC 20001
douglas.gansler@cwt.com

Jonathan M. Watkins (*pro hac vice*)
Aaron C. Lang (*pro hac vice*)
CADWALADER, WICKERSHAM & TAFT LLP
227 West Trade Street
Charlotte, NC 28202
jonathan.watkins@cwt.com
aaron.lang@cwt.com

*Attorneys for Plaintiff Nationwide Tax Experts, Inc.*

# CERTIFICATE OF SERVICE

I am and was at all times herein mentioned over the age of 18 years and not a party to the action in which this service is made. At all times herein mentioned I have been employed in the County of Los Angeles, State of California. My business address is 15303 Ventura Blvd., Suite 1650, Sherman Oaks, CA 91403.

☒ **(BY CM/ECF SYSTEM)** On the date below, I caused to be electronically filed the following document(s) described as: **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LEGAL TAX DEFENSE, INC, [FRCP 41(a)(1)(A)(i)]**

with the Clerk of the United States District Court of Central District of California, using the *CM/ECF* System. The Court's *CM/ECF* System will send an e-mail notification of the foregoing filing to the following parties (or on the attached service list) and counsel of record who are registered with the Court's *CM/ECF* System:

- **Richard I Arshonsky**
  rarshonsky@laklawyers.com,sgrindstaff@laklawyers.com
- **Douglas Gansler**
  douglas.gansler@cwt.com
- **Aaron C. Lang**
  aaron.lang@cwt.com,nyecfnotice@cwt.com
- **Anne C Manalili**
  acmecf@laklawyers.com
- **Jonathan M. Watkins**
  jonathan.watkins@cwt.com,nyecfnotice@cwt.com
- **Michael E Williams**
  michaelwilliams@quinnemanuel.com,ecf-5be70640977b@ecf.pacerpro.com

☒ **(BY MAIL)** On the date below, I placed the envelope for collection and mailing following our ordinary business practices containing the following documents(s) described as: **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LEGAL TAX DEFENSE, INC, [FRCP 41(a)(1)(A)(i)]**

I am readily familiar with firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid on the following (or on the attached service list):

Dondamonde Barnes               Defendant
4405 Angelo Street
Riverside, CA 92507

☒ **(BY EMAIL)** On the date below, I caused the following documents(s) described as: **NOTICE OF DISMISSAL WITHOUT PREJUDICE OF DEFENDANT LEGAL TAX DEFENSE, INC, [FRCP 41(a)(1)(A)(i)]**

to be sent to the persons at the electronic notification addresses listed below (or on the attached service list). I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful:

Greg L. Kirakosian, Esq. of KIRAKOSIAN LAW, APC - greg@kirakosianlaw.com

Attorneys for Defendants Terrance Selb, Tyler Bennett, Geoff Plourde, American Tax Solutions, Inc., GetATaxLawyer.com, LLC, and Legal Tax Defense

I declare that I am employed in the office of a member of the Bar of, or permitted to practice before, this Court at whose direction the service was made and declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 18, 2021 at Sherman Oaks, California.

| Natalie M. Lessard | /s/ Natalie M. Lessard |
|---|---|
| | *Signature* |

**CERTIFICATE OF SERVICE**

569-041/1068674